

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

July 13, 2023

*Via ECF*
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *US v. Emordi, Keith*
     *23-cr-265 (RMB)*

> Application granted. The two co-signatures will be due on July 21, 2023
>
> SO ORDERED:
> Date: 7/13/23
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I represent Keith Emordi, in the above matter. Pursuant to Mr. Emordi's condition of bail, he requires two financially responsible co-signers. We have only been able to secure one co-signer. We are respectfully requesting a 1-week extension of time until Friday, July 21, 2023, for Mr. Emordi to find another appropriate co-signer. AUSA Jane Chong, has no objection to this request.

    Your Honor's time and consideration of this request is greatly appreciated.

                                          Respectfully submitted,
                                          s/ Lorraine Gauli-Rufo
                                          Lorraine Gauli-Rufo, Esq.
                                          Attorney for Keith Emordi

Cc: Jane Chong, AUSA