

NEW JERSEY OFFICE  
06 POMPTON AVENUE, SUITE 25  
CEDAR GROVE, NJ 07009  
(973) 239-4300

NEW YORK OFFICE  
347 5TH AVENUE, SUITE 1402  
NEW YORK, NY 10016  
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM  
WWW.LGAULIRUFO.COM  
FAX: (973) 239-4310  
_____

September 6, 2023

*Via ECF*  
Honorable Richard M. Berman  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *US v. Emordi, Keith*  
     *23-cr-265 (RMB )*

> Application granted.
>
> SO ORDERED:
> Date: 9/8/2023
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

I represent Keith Emordi pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on September 13, 2023. Mr. Emordi resides in Texas. I am respectfully requesting that Your Honor allow my client Mr. Emordi, to appear virtually. I have discussed this with my client, Keith Emordi, and he has no objection to this request.

Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,  
 s/ Lorraine Gauli-Rufo  
 Lorraine Gauli-Rufo, Esq.  
 Attorney for Keith Emordi

Cc: Jane Chong, AUSA