

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 25, 2023

*Via ECF*
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *US v. Emordi, Keith*
23-cr-265 (RMB )

Dear Judge Berman:

I represent Keith Emordi pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on November 8, 2023. Mr. Emordi resides in Texas. I am respectfully requesting that Your Honor allow my client Mr. Emordi, to appear virtually. I have discussed this with my client, Keith Emordi, and he has no objection to this request.

Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo, Esq.
Attorney for Keith Emordi

Application granted for remote appearance. Remote proceeding is scheduled for 10:30 am on 11/8/23.

~~Cc: Jane Chong, AUSA~~

SO ORDERED:
Date: 10/25/23       *Richard M. Berman*
                     Richard M. Berman, U.S.D.J.

Page | 1