

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

February 26, 2024

*Via ECF*
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/24

Re: *USA v. Ndama-Traore, et al.* (Keith Emordi)
23-cr-265 (RMB)

Dear Judge Berman:

I represent Keith Emordi pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on March 12, 2024. Mr. Emordi resides in Texas. I am respectfully requesting that Your Honor allow my client Mr. Emordi to appear virtually. I have discussed this with my client, Keith Emordi, and he has no objection to this request.

Thank you for Your Honor's time and consideration to this matter.

Application granted for remote appearance.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Keith Emordi

Cc: Jane Chong, AUSA
SO ORDERED:
Date: 3/5/24    Richard M. Berman
                Richard M. Berman, U.S.D.J.