UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :        23 CR. 265 (RMB)
                                         :
        - against -                      :        **ORDER**
                                         :
KEITH EMORDI,                            :
                                         :
                    Defendant.           :
---------------------------------------------------------------x

The status conference is scheduled for Thursday, September 26, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 946 754 184#

Dated: September 18, 2024
       New York, NY

*Richard M. Berman*
_____
  **RICHARD M. BERMAN**
         **U.S.D.J.**