UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                             **ORDER**

        -against-                                    23 Cr 265 (RMB)

KEITH EMORDI,

                        Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 6, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, this Court has supplemented the allocution during a proceeding held on September 26, 2024,

WHEREAS, upon review of the transcript, and the Court's supplemental proceeding, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that KEITH EMORDI's guilty plea is accepted.

Dated: New York, New York
          September 26, 2024

                                                                     _____
                                                                     RICHARD M. BERMAN, U.S.D.J.