**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,         :     23 CR. 265 (RMB)
                                         :
    - against -                         :     **ORDER**
                                         :
                                         :
KEITH EMORDI,                            :
                                         :
                Defendant.          :
-------------------------------------------------------------x

The sentencing scheduled for Wednesday, December 18, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: December 11, 2024
       New York, NY

                                            _____
                                                 RICHARD M. BERMAN
                                                     U.S.D.J.